Gary D. Howard                    Civil Docket For Case #: 5:17-cv-01128-SMH-MLH

Doc. # 372087                                                    Sec P

    v.                            U.S. District Court
                                  Western District of Louisiana (Shreveport)

Keith Deville

Winn Correctional Center

**RECEIVED**

FEB 09 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

<u>REQUSET FOR EXTENSION OF TIME TO</u>
<u>MEMORANDUM ORDER</u>

NOW INTO COURT through undersigned Pro Se come Gary Howard, who in response to the memorandum order dated November 29, 2017, makes a request for extension of time as set forth below:

I.

The Plaint[...]                                      [...]hich to
provide a copy [...]                                   state
courts and all re[...]                                 h allegations
which demonstra[...]

> Petitioner is granted until March 12, 2018 to comply with the memorandum order. The clerk is directed to terminate James Stuart Andes as Petitioner's attorney due to Mr. Andes' death. All further notices and orders will be sent to Petitioner in his pro se capacity.
> Feb. 12, 2018
> MJH

Due to the [...]                                       [...]intiff
proceeding pro se and has recently undergone surgery to the left side of his face on 1-30-2018. The plaintiff is requesting an extension so that the memorandum order may be completed.

Wherefore, the Plaintiff prays that the Plaintiff be given **additional** time to respond to memorandum order.

Respectfully submitted,
Gary Howard
Gary Howard, Doc. # 372087
Winn Correctional Center
P.O. Box 1435
Winnfield, LA 71483