UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GARY D. HOWARD | CIVIL ACTION NO. 17-1128-P |
| VERSUS | CHIEF JUDGE HICKS |
| WARDEN KEITH DEVILLE | MAGISTRATE JUDGE HORNSBY |

MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on behalf of petitioner Gary D. Howard ("Petitioner"), pursuant to 28 U.S.C. §2254. This petition was received and filed in this court on September 7, 2017. Petitioner is incarcerated at the Winn Correctional Center in Winnfield, Louisiana. He challenges his state court conviction. He names Warden Keith Deville as respondent.

Petitioner was convicted of one count of possession of marijuana with intent to distribute in the Louisiana First Judicial District Court, Parish of Caddo. Subsequently, he was adjudicated a second felony offender and sentenced to 18 years imprisonment at hard labor.

In support of this petition, Petitioner alleges (1) the evidence was insufficient to support his conviction, and (2) the prosecutor shifted the burden of proof.

In order for this court to determine what action, if any, shall be taken on this application;

**THE CLERK IS DIRECTED** to serve, by mail, a copy of the petition [Docs. 1, 3, and 7] and this order on the Attorney General for the State of Louisiana, the District

Attorney for the judicial district where Petitioner was convicted, and the Respondent and to serve Petitioner with a copy of this order only.

**IT IS ORDERED** that Respondent, through the District Attorney, file within sixty (60) days after the date of service of the memorandum order:

1.      An answer to the application.

(a) The answer shall state whether Petitioner has exhausted state remedies, including any post-conviction remedies available to him under Louisiana law, by properly presenting to all lower courts and the Supreme Court of Louisiana <u>all</u> issues raised in this petition.

(b) In the event the State contends that it has been prejudiced in its ability to respond by Petitioner's delay in filing or that the petition is a second or successive petition [Rule 9(a) and (b), Rules Governing Section 2254 Cases in United States District Court], the answer shall set forth such contentions with particularity.

2.      A memorandum brief of law in support of all issues raised in the answer, citing relevant Fifth Circuit authority and <u>referring</u> <u>to</u> <u>the</u> <u>pertinent</u> <u>page</u> <u>numbers</u> in the state court record in support of the answer.  **A COPY OF THE BRIEF FILED IN STATE COURT WILL   NOT   BE   DEEMED   SUFFICIENT   IN   THIS PROCEEDING.**

3.      A certified copy of the state court record, including transcripts of all proceedings held in the state courts;

4.      A certified copy of all documents, including all briefs or memoranda of any party, filed in connection with any appeal or application for post-conviction relief presented to any and all state, district or appellate courts; and

5.      Certified copies of or citations to all state court dispositions, including the Supreme Court of Louisiana decision pertaining to the conviction under attack.

**The pages of the records shall be arranged in chronological sequence, securely bound together and numbered consecutively (handwritten numbers are acceptable). An index describing each item of the records sent and showing each item's page number shall also be attached.**

In the event the District Attorney is unable to produce any of the above documents, he shall advise this court in writing why he is unable to produce them.

**IT FURTHER IS ORDERED** that Petitioner is allowed twenty (20) days following the filing of each Respondent's memorandum in which to file any response he wishes to present to this court.

After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be made without further notice.

**IT FURTHER IS ORDERED** that, as a condition to their acceptance by the Clerk, all future filings by Petitioner or Respondent(s) shall include a certificate indicating that a copy thereof has been furnished to the other parties.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of April 2018.

Mark L. Hornsby
U.S. Magistrate Judge

Page **3** of **3**