**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

_____

**GARY D. HOWARD #372087**           **CIVIL ACTION NO. 5:17-CV-1128 SEC P**
     **PETITIONER,**

**VERSUS**                                **JUDGE HICKS**

**WARDEN KEITH DEVILLE, WINN**     **MAGISTRATE JUDGE HORNSBY**
     **CORRECTIONAL CENTER**
     **RESPONDENT.**

_____


### ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS

NOW INTO COURT, through the undersigned Assistant District Attorney, comes the State of Louisiana on behalf of Respondent, Warden Keith Deville, who now answers:

1.

Petitioner, Gary D. Howard, asserts two claims – sufficiency of the evidence and unconstitutional shifting of the burden of proof - for which he seeks habeas corpus relief.  His petition appears timely under 28 U.S.C. §2244(d)(1)(A).

2.

Petitioner has not exhausted state remedies as to either claim as required by 28 U.S.C. §2254(b)(1)(A).  Petitioner's unexhausted petition should be dismissed.

3.

Should this Honorable Court determine that Petitioner did exhaust his sufficiency claim, then this is a "mixed petition" of exhausted and unexhausted claims that should be dismissed without prejudice.  *Rose v. Lundy*, 455 U.S. 509, 102 S.Ct. 1198, 71 L.Ed.2d 379 (1982).

4.

Alternatively and additionally, both claims are meritless, and the Respondent denies the allegations set forth by Petitioner.

5.

A supporting memorandum of law addressing all issues raised in this Answer is filed herewith.

6.

Also filed herewith is the entire state court record, including all known available briefs and memoranda filed in Petitioner's appeal and post-conviction proceedings in the state courts, along with all state court rulings.

WHEREFORE, the State of Louisiana prays that this answer on behalf of Respondent be deemed good and sufficient, that it be relieved from answering further on behalf of Respondent, that Petitioner's claims be denied and that the Petition for Writ of Habeas Corpus be dismissed with prejudice.

Respectfully submitted,


*s/Rebecca A. Edwards*
Rebecca A. Edwards, La. Bar Roll #23626
Assistant District Attorney
501 Texas Street, 5th Floor
Shreveport, Louisiana  71101
(318) 429-7618
redwards@caddoda.com


2

CERTIFICATE

I HEREBY CERTIFY that a copy of the foregoing Answer to Petition for Writ of Habeas Corpus and attached Memorandum have been mailed to Gary D. Howard,  #372087, Winn Correctional Center, P. O. Box 1260, Winnfield, LA 71483 this 15th day of June, 2018.

*s/Rebecca A. Edwards*
Rebecca A. Edwards

3