**IN THE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

**GARY D. HOWARD #322087**

**VERSUS**

**WARDEN, KEITH DEVILLE, WINN**
**CORRECTIONAL CENTER**

**CASE NUMBER:** ~~17-CV-0359~~   **5:17-cv-1128**

**JUDGE: HICKS**

**MAG. JUDGE: HORNSBY**

---

## ORDER

~~IT IS ORDERED THAT Mr. Howard will be allowed to proceed with an adjudication on the~~

~~merits on his first claim—Insufficiency of the Evidence.~~ Considering the motion (Doc. 11):

IT IS ORDERED THAT Mr. Howard's unexhausted second claim—Unconstitutional

Shifting of the Burden of Proof--- be dismissed without prejudice.   6-26-18



_____
JUDGE

DISTRIBUTION:

Gary D. Howard #372087
WNC/ED2-10
P.O. Box 1435
Winnfield, LA 71483

Keith Deville, Warden
Winn Correctional Center
560 Gum Springs Rd.
Winnfield, LA 71483

Office of the District Attorney
501 Texas Street
Shreveport, LA 71112