**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

5:17-cv-1128

**GARY HOWARD,**                                          **CIVIL DOCKET NO. 5:19-CV-1672-P**
**Petitioner**

**VERSUS**                                                          **JUDGE ELIZABETH E. FOOTE**

**JOHNNY SUMLIN,**                                      **MAGISTRATE JUDGE PEREZ-MONTES**
**Respondent**

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the captioned case be and is hereby CONSOLIDATED with Petitioner's earlier-filed case, 5:17-CV-1128.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this _17th___ day of __April_____ 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE