**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**GARY D HOWARD**                              **CASE NO.  5:17-CV-01128 SEC P**

**#372087 VERSUS**                             **LEAD JUDGE S. MAURICE HICKS,**

**KEITH DEVILLE ET AL**                        **JR. MAGISTRATE JUDGE HORNSBY**

## ORDER

Considering the application to proceed *in forma pauperis* by Gary Howard, **IT IS HEREBY:**

     **[X]** GRANTED       ☐ DENIED

Petitioner additionally requests the mailing address for the Fifth Circuit Court of Appeals. Mailings to the Clerk's Office should be addressed to:

U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

The Fifth Circuit will provide Petitioner with a scheduling timeline, including briefing deadlines.

**THUS DONE** in Shreveport on this 27th day of October, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT