# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 20-30631    Howard v. Deville
                     USDC No. 5:17-CV-1128
                     USDC No. 5:19-CV-1672


Enclosed is an order entered in this case.


               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Whitney M. Jett, Deputy Clerk
               504-310-7772


Ms. Rebecca Edwards
Mr. Gary D. Howard
Mr. Tony R. Moore

Case 5:17-cv-01128-SM   Document 00515913641   Page 6/24/21   Date Filed: 06/24/2021   Page ID #: 1166

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2021

Lyle W. Cayce
Clerk

No. 20-30631

GARY D. HOWARD,

*Petitioner—Appellant*,

*versus*

KEITH DEVILLE, WARDEN, WINN CORRECTIONAL CENTER;
JOHNNY SUMLIN,

*Respondents—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:17-CV-1128
USDC No. 5:19-CV-1672

ORDER:

Considering the record, and the showing made,

IT IS ORDERED that Appellant's motion for a certificate of appealability is DENIED.

KURT D. ENGELHARDT
*United States Circuit Judge*