# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30631   Howard v. Deville
                USDC No. 5:17-CV-1128
                USDC No. 5:19-CV-1672

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Whitney M. Jett, Deputy Clerk
                        504-310-7772

Ms. Rebecca Edwards
Mr. Gary D. Howard
Mr. Tony R. Moore

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30631

_____

GARY D. HOWARD,

*Petitioner—Appellant*,

*versus*

KEITH DEVILLE, WARDEN, WINN CORRECTIONAL CENTER;
JOHNNY SUMLIN,

*Respondents—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:17-CV-1128
USDC No. 5:19-CV-1672

_____

Before JONES, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

A member of this panel previously DENIED Appellant's motion for
a certificate of appealability. The panel has considered Appellant's motion
for reconsideration.

IT IS ORDERED that the motion is DENIED.